**Laurie B. Mapes**, OSB #84167
lauriemapes2002@yahoo.com
Attorney at Law
PO Box 1241
Scappoose OR 97056
Voice: (503)543-2900
Fax: (503)543-3676
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **RAYETTE B. EATON,** | Case No. CV 10-789-AA |
| Plaintiff, | |
| v. | ORDER |
| **MICHAEL J. ASTRUE,**<br>Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is ORDERED that attorney fees in the amount of $7,490 are awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Subject to any offset allowed under the Treasury Offset Program, as discussed in <u>Astrue v. Ratliff</u>, 130 S. Ct. 2521 (2010), payment of this award shall be made by check payable to and sent to Plaintiff's attorney, Laurie B. Mapes, at PO Box 1241, Scappoose OR 97056.

ORDER - 1

DATED this 23RD day of November, 2011.

_____
United States District Judge

Submitted on November 16, 2011 by:

s/ Laurie B. Mapes
OSB #84167
(503) 543-2900
Attorney for Plaintiff

ORDER - 2